IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>HANWEI CAO | 2:25-mj-00323-KFW |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Ronald Phillips, a special agent with Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

1. I am a special agent with Homeland Security Investigations ("HSI") in the District of Maine and have been since January of 2023. Prior to becoming a special agent, I was a sworn law enforcement officer working for the Biddeford, Maine police department from July 2014 through January 2023; the Wilmington, North Carolina police department from December 2010 through July 2014; and the Topsail Beach, North Carolina police department from August 2010 through December 2010. I am a graduate of the Criminal Investigators Training Program at the Federal Law Enforcement Training Center. In addition, I completed the Homeland Security Investigations Special Agent Training program. I hold a bachelor's degree in criminology with a minor in sociology from the University of North Carolina, Wilmington.

2. On November 27, 2024, the Auburn Police Department took a report from Victim 1, a resident of Turner, Maine, regarding theft stemming from a "romance scam", which initiated on Facebook. Victim 1 advised that sometime in June of 2024, he started communicating with a woman named "Luna Nah" on Facebook. "Luna Nah" ultimately

3

provided him with a link to download an investment app called "EK Trading". "Luna Nah" virtually introduced Victim 1 to a "Timothy Lane", who guided Victim 1 through the app and advised him what he needed to do to invest.

3. Victim 1 reported that sometime in July 2024 he initiated two wire transfers from his bank account into his "EK Trading" account in the amounts of $10,000.00 and $20,000.00 US currency.

4. Victim 1 reported that he only accessed "EK Trading" through a link sent to him by "Luna Nah."

5. Victim 1 reported selling his home and "investing" the proceeds. Per instructions from "Luna Nah", Victim 1 was to deliver his "investment" cash to a courier named "Leo." Victim 1 reported meeting an unknown Asian male named "Leo" in the parking lot of the Marriott Inn, 670 Turner Street Auburn, ME, on two separate occasions to deliver his "investment" cash. In the first meeting, Victim 1 turned over approximately $110,000.00 US currency, and in the second meeting Victim 1 turned over approximately $50,000.00 US currency.

6. Victim 1 realized he had been scammed when he could no longer access the "EK Trading" app. Based on communications with "Luna Nah", Victim 1 had believed that his "EK Trading" account had grown to over $1 million.

7. On December 9, 2024, Victim 1 contacted the suspect(s) through the trading platform and requested to invest approximately $40,000.00 US currency. An in-person meeting was confirmed for December 11, 2024, at 2pm. The meeting location was again scheduled for the Marriott Inn, 670 Turner Street Auburn, ME. Victim 1 was provided the name "Tom" and a telephone number, 949-508-6429 for the individual he

was supposed to meet. He was also texted a photograph of a one-dollar bill and told that the courier would present the bill's serial number to identify himself. Based on my training and experience in law enforcement, this is a common tactic used by money launderers in fraud schemes. The text for the cash drop off is below:



8.  A search of law enforcement databases for telephone number 949-508-6429 identified HANWEI CAO as the subscriber of the phone.

9.  On December 11, 2024, CAO arrived at the Marriott in a Mercedes Benz to pick up $40,000 in US currency from Victim 1 as planned. At the Marriott, CAO was arrested by the Auburn Police Department with assistance from HSI.

10. CAO was transferred to the Auburn Police Department. CAO was *Mirandized* and agreed to a custodial interview. I assisted Auburn Detective Marshall McCamish with the interview. Detective McCamish is also a Task Force Officer with HSI. At the outset of the interview, I showed CAO my credentials and identified myself as a federal law enforcement officer with HSI.

11. During the interview, CAO admitted that he drove to Auburn, ME, from the greater New York City area to pick up the cash from Victim 1. CAO claimed he was to be paid approximately $1,000.00 to $1,100.00 US currency for the pick up. CAO advised he was picking up money for Individual 1.

12. CAO advised that Individual 1 provided him instructions for the cash pick up. CAO stated that, after he picked up the cash, he was to take a photo of the cash to confirm receipt and await further instructions on where to deliver it. CAO stated that Individual 1 told CAO not to use CAO's real name when communicating with Victim 1. CAO also stated that Individual 1 sent him a picture of a dollar bill and told him to use the serial number from the dollar bill to identify himself when he met with Victim 1.

13. CAO identified another victim (Victim 2) located in upstate New York from whom he had recently picked up bulk cash for Individual 1. CAO explained that he drove to that pick up and also used the serial number from a photo of a dollar bill provided by Individual 1 when picking up the money from Victim 2. Per instructions from Individual 1, CAO sent Individual 1 a picture of the cash he picked up from Victim 2 and then dropped the money off at a condominium building in New York City as requested by Individual 1.

14. CAO said he never met Individual 1 in person.

15. During the interview, I asked Cao: "Have you ever flown anywhere for pick ups?" CAO answered "No." He elaborated that he had only ever done two pick ups and he drove in each instance. The first, according to CAO, was in New York from Victim 2. The second, according to CAO, was the attempt in Maine from Victim 1.

16. Further investigation has revealed that, contrary to the statements CAO made to me during his interview, CAO flew on two occasions to pick up bulk cash from a person other than Victim 1 and Victim 2.

17. On about December 16, 2024, the Auburn Police Department obtained a state search warrant to search CAO's phone.

18. CAO's phone contained two photos of bulk cash. According to the phone's metadata, the following picture was taken using CAO's cellphone on May 28, 2024:



19. The following picture of bulk cash was taken on June 3, 2024:



20. CAO's phone also contains photos of a one-dollar bill on May 27, 2024, and May 31, 2024, as follows:



May 27, 2024



May 31, 2024

21. Records obtained from United Airlines Inc. show that CAO flew from Newark, NJ to Fort Meyers, Florida on May 28, 2024.

22. Records obtained by Hertz rental car agency show that CAO rented a car in his name at Fort Meyers, Florida on May 28, 2024, and returned the car in New Jersey on May 29, 2024.

23. Records obtained from Spirit Airlines show that CAO flew from LaGuardia Airport in New York to Hartland Jackson Atlanta International Airport in Georgia on June 3, 2024.

24. Records obtained from Hertz rental car agency show that CAO rented a car in his name in Atlanta on June 3, 2024, and returned the car in New Jersey on June 4, 2024.

25. On June 1, 2024, prior to flying to Georgia, CAO texted Victim 3, a Georgia resident as follows:



26. On September 15, 2025, I interviewed Victim 3 in person in Georgia. Victim 3 is approximately eighty years old. Victim 3 advised that he was a scam victim and lost approximately $343,300. According to Victim 3, the scam started via a phone

call offering to teach him how to trade in gold options. Victim 3 stated he was instructed to download an app called "BTC BOX". Victim 1 "invested" through "BTC Box" through four cash deliveries and a wire transfer. Regarding the cash deliveries, Victim 3 stated he met on four separate occasions with unknown Asian males to turn over bulk cash, which he believed was to be invested.

27. Victim 3 advised that the first cash delivery was in the amount of approximately $41,000. Victim 3 delivered the cash to an Asian male at the airport, 850 Airport Rd Lawrenceville GA, on June 3, 2024. Text communications from Victim 3's phone, as pictured below, show him communicating with the driver at the number (949) 508-6429, which is registered to CAO:



28. These texts match the texts found in CAO's phone and described above in paragraph 25.

29. The pick up driver identified himself in texts as "Luka." When I interviewed CAO in Auburn on December 11, 2024, CAO told me that he goes by the nickname "Luka."

30. Based on the foregoing facts and my training and experience, I have probable cause to believe that HANWEI CAO violated Title 18 United States Code, Section 1001 as alleged in the Complaint. I respectfully request that the Complaint be issued.

Respectfully submitted,

Ronald Phillips
HSI Special Agent

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 25 2025

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title